IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LLOYD N. HAMM, JR.     PLAINTIFF

v.     Civil No. 6:17-cv-06089

DR. CHARLES LIGGETT, Correct
Care Solutions; and NURSE DREAM
M REDIC-YOUNG, Correct Care Solutions     DEFENDANTS

## ORDER

Plaintiff Lloyd N. Hamm, Jr.'s Complaint was filed in this 42 U.S.C. § 1983 action *pro se* on August 31, 2017. ECF No. 1. Before the Court is Plaintiff's Motion to Admit Evidence. (ECF No. 22).

Plaintiff's motion seeks to bring to the Court's attention additional evidence and arguments relating to his claim against Defendants. A motion to admit evidence is not the proper avenue for presenting evidence or arguments to the Court. Plaintiff's claims have been stated in his complaint. However, the Court will consider the additional evidence in Plaintiff's motion as exhibits to his Response (ECF No. 20) to Defendant's Motion for Summary Judgment.

In the future, any additional exhibits Plaintiff has to support his claims should be properly submitted in connection with a motion for summary judgment or at an evidentiary hearing in the event the claims against these Defendants proceed.

Accordingly, Plaintiff's Motion to Admit Evidence (ECF No. 22) is **GRANTED.**

**IT IS SO ORDERED this 31st day of October 2017.**

                               /s/ *Mark E. Ford*
                               HON. MARK E. FORD
                               UNITED STATES MAGISTRATE JUDGE