IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LLOYD N. HAMM, JR.                                                                                    PLAINTIFF

v.                                         Civil No. 6:17-cv-06089

DR. CHARLES LIGGETT                                                                              DEFENDANT

## **JUDGMENT**

For the reasons stated in the Memorandum Opinion of even date, Defendant's Motion for Summary Judgment (ECF No. 52) is hereby **GRANTED**. Plaintiff's claims against Defendant, Dr. Charles Liggett, are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 31st day of May 2018.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE